CITY OF ROCHESTER, Respondent, *v.* ALBERT RAPPAPORT, Appellant.

Submitted January 21, 1943; decided March 4, 1943.

*Harold H. Stone* for appellant.

*Daniel J. O'Mara, District Attorney (Harry L. Rosenthal* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ